# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK ADAMS, | CASE NO. 1:11-cv-01049-DLB PC |
|         Plaintiff, | ORDER DISMISSING ACTION FOR FAILURE TO PROSECUTE |
|    v. | |
| E. RANGEL, et al., | |
|         Defendants. | |

Plaintiff Frank Adams ("Plaintiff") was a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se and in forma paupers in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's complaint against Defendants E. Rangel and R. Curliss for violation of the Eighth Amendment. On February 6, 2012, the Court issued an order for Plaintiff to complete and return service documents for the United States Marshal to effect service of process. On March 14, 2012, the mail was returned as undeliverable. Pursuant to Local Rule 183(b), as stated in the Court's June 27, 2011 First Informational Order, Plaintiff has sixty-three days from the date of mail being returned to update his address, or his action will be dismissed for failure to prosecute. More than sixty-three days have passed, and Plaintiff has not updated his address.

Under Local Rule 183(b),

> A party appearing in propria persona shall keep the Court and opposing parties advised as to his or her current address. If mail directed to a plaintiff in propria persona by the Clerk is returned by the U.S. Postal Service, and if such plaintiff fails to notify the Court and opposing parties within sixty-three (63) days thereafter of a current address, the Court may dismiss the action without prejudice for failure to prosecute.

1  Accordingly, it is HEREBY ORDERED that this action is dismissed without prejudice
2 for Plaintiff's failure to prosecute. The Clerk of the Court is directed to close this action.
3  IT IS SO ORDERED.
4  Dated: **June 8, 2012**           /s/ **Dennis L. Beck**
                                       UNITED STATES MAGISTRATE JUDGE